IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZIA HOSPICE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   1:09-cv-00055 CG/LFG |
| | )            1:09-cv-1108 CG/ACT |
| | )                   (Consolidated) |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| Secretary of the United States | ) |
| Department of Health and Human Services | ) |
| | |
| Defendant. | |

**ORDER GRANTING ZIA'S UNOPPOSED MOTION TO AMEND COMPLAINT**

COMES NOW before the Court for consideration Plaintiff's Unopposed Motion for Leave to Amend Complaint (Document No. 95 in 09-cv-0055 and Document No. 23 in 09-cv-1108).  Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1 and because the motion is unopposed and for good cause shown, the Court hereby GRANTS Zia's Motion for Leave to Amend and Orders that Plaintiff file its Amended Complaint (attached to the Unopposed Motion for Leave to Amend as Exhibit 3) within three (3) days of the date of this Order.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVALS


/s/Caroline Blankenship
Caroline Blankenship
Blankenship Health Law, L.L.C.
Suite 110, Plaza Paseo
4801 Lang, NE
Albuquerque, NM 87109
Phone: (505) 798-2524
Fax:  (505) 796-9601
BlankenshipHealthLaw@q.com

	and

/s/ Sarah J. Glick
Linda G. Scoggins, Esq.
Sarah J. Glick, Esq.
Scoggins & Cross PLLC
204 N. Robinson, Ste. 3100
Oklahoma City, OK 73102
Phone: 405.239.4300
Facsimile 405.239.4305
lscoggins@okhealthlawyer.com
sglick@okhealthlawyer.com


/s/ Manuel Lucero
Manuel Lucero, Esq.
Assistant United States Attorney
**USDOJ – New Mexico**
201 3rd Street NW
Albuquerque, NM 87102
Phone: (505) 346-7274
Manny.Lucero@usdoj.gov