IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEW MEXICO

ZIA HOSPICE, INC.                                     )
                                                      )
    Plaintiff,                                   )
                                                      )
v.                                                    )          CV 09-0055 CG/LFG
                                                      )          CV 09-1108 CG/ACT
KATHLEEN SEBELIUS                                     )
Secretary of the United States                        )
Department of Health and Human Services               )
                                                      )
    Defendant.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on Plaintiff's *Unopposed Motion for Extension of Time to Submit Supplemental Brief.* (Doc. 106). Plaintiff seeks a two week extension of the deadline to submit the supplemental brief ordered by the Court. Plaintiff's Motion is unopposed. The Court, having considered the Motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the Motion to be well-taken.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Extension of Time to Submit Supplemental Brief* is **GRANTED**. Plaintiff's supplemental brief shall be due no later than April 19, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE