IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEW MEXICO

ZIA HOSPICE, INC.           )
                            )
    Plaintiff,             )
                            )
v.                          )   CV 09-0055 CG/LFG
                            )   CV 09-1108 CG/ACT
KATHLEEN SEBELIUS           )
Secretary of the United States )
Department of Health and Human Services  )
                            )
    Defendant.

## JUDGMENT

The Court, having granted in part and denied in part Plaintiff's cross motions for summary judgment, (Civ. 09-055, Doc. 100; Civ. 09-1108, Doc. 35), and having denied Defendant's cross motions for summary judgment, (Civ. 09-055, Doc. 110; Civ. 09-1108, Doc. 31), hereby enters judgment for Plaintiff and against Defendant pursuant to FED. R. CIV. P. 58. All claims have been fully adjudicated.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE