IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZIA HOSPICE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 09-0055 CG/LFG |
| ) | CV 09-1108 CG/ACT |
| KATHLEEN SEBELIUS ) | |
| Secretary of the United States ) | |
| Department of Health and Human Services ) | |
| ) | |
| Defendant. | |

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court, *sua sponte*, for an Order directing Defendant to submit a status report regarding the disposition of *Plaintiff's Application for Award of Attorneys' Fees and Brief in Support*, (Doc. 113). Plaintiff is seeking over $130,000 in attorney fees for representing Plaintiff Zia Hospice in this action. (*Id*. at 2). Defendant represents that negotiations for a global settlement are ongoing which may address Plaintiff's request for attorney fees. (*See, e.g.*, Doc. 124 at 1-2). Defendant has therefore sought and received six unopposed extensions of time to file a response to the motion. Pursuant to the most recent extension of time, Defendant's response was due at the end of April, 2012. (Doc. 125). No response has been filed and Defendant has not requested any additional extension of time.

**IT IS THEREFORE ORDERED** that Defendant submit a status report by July 5, 2012, informing the Court of the disposition of *Plaintiff's Application for Award of Attorneys' Fees and Brief in Support*, (Doc. 113).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE