IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW MEXICO

ZIA HOSPICE, INC.

    Plaintiff,

v.                                                                            No. 1:09-cv-00055 CG/LFG
                                                                                                         No.1:09-cv-1108JEC/ACT
                                                                                                          (Consolidated)

KATHLEEN SEBELIUS
Secretary of the United States
Department of Health and Human Services

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD FOR ZIA HOSPICE, INC.

**THIS MATTER** comes before the Court on a *Motion to Withdraw as Counsel of Record for Zia Hospice, Inc.*, (Doc. 130), filed by Caroline Blankenship of Blankenship Health Law, LLC.   After consideration of the Motion, the motion is **GRANTED**.

 

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE